IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GNAT BOOTY MUSIC, LORIMAR MUSIC, *A Corp.*, and ELSIE'S BABY BOY, )<br><br>Plaintiffs, )<br><br>v. )<br><br>B&B BLUEPLATE, INC. and BRIAN BURNS, )<br><br>Defendants. ) | Civil Action No. 5:23-CV-033-C |

## ORDER

The Court, having considered the Notice of Settlement, filed May 30, 2023, finds that this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are **ORDERED** to file appropriate dismissal papers on or before 30 days from the date of this Order.

SO ORDERED.

Dated this 31st day of May, 2023.

*/s/ Sam R. Cummings*
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE