IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GNAT BOOTY MUSIC, LORIMAR MUSIC, A Corp., and ELSIE'S BABY BOY, <br><br> Plaintiffs, <br><br> v. <br><br> B&B BLUEPLATE, INC. and BRIAN BURNS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:23-CV-033-C |

### ORDER

The Court, having considered the Joint Notice of Dismissal, filed June 30, 2023, finds that this case is **DISMISSED WITH PREJUDICE**. Therefore,

IT IS ORDERED, ADJUDICATED, AND DECREED that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE** and with each Party to bear its own costs and fees.

Dated this 5th day of July, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE